# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **BETTY JORDAN** | : | **DOCKET NO. 1:22-cv-3237** |
| | | |
| **VERSUS** | : | **JUDGE DEE D. DRELL** |
| | | |
| **STATE FARM FIRE & CASUALTY CO ET AL.** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 25], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 25] is **ADOPTED**; that defendants' Motion to Dismiss Complaint without Prejudice based on Plaintiff Counsel's Lack of Authority to File This Lawsuit [doc. 9] is **DENIED**; and that that this matter is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to prosecute and abide by the orders of the court.

This civil action may be reinstated within 30 days for good cause shown, per W.D. La. Loc. Civ. R. 41.3. Any such showing to be made in writing and filed into the record of this matter.

THUS DONE AND SIGNED in Chambers this 16th day of April 2024.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**